IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISRAEL RADILLO SANCHEZ,

     Petitioner,                    No. 2:12-cv-2869 LKK EFB P

     vs.

PEOPLE OF THE STATE
OF CALIFORNIA,

     Respondent.          ORDER

_____/

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 31, 2013, petitioner filed a motion to lift the stay in this case. Dckt. No. 27. However, no stay has been issued in this action.

     Accordingly, it is ORDERED that:

     1. Petitioner's motion to lift the stay, Dckt. No. 27, is denied as unnecessary; and

     2. This action proceeds on the May 23, 2013 amended petition.

Dated: June 4, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE