UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ISRAEL RADILLO SANCHEZ, | No. 2:12-cv-2869-LKK-EFB P |
|---|---|
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 20, 2014, petitioner requested a second extension of time to file his traverse. ECF No. 36. He has also filed a request for oral argument on the petition. ECF No. 38.

Petitioner's traverse was filed within the time allotted by the court's February 12, 2014, order, *see* ECF No. 35, and his request for an extension of time is therefore unnecessary. The court does not find that oral argument is necessary at this time.

Accordingly, it is ORDERED that petitioner's request for an extension of time (ECF No. 36) is denied as unnecessary and petitioner's request for oral argument (ECF No. 38) is denied.

Dated: February 25, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE